IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| STEVEN R. DELK, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Case No. 7:14cv00643 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL C. YOUNCE, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

1. Defendants' motion for summary judgment (Docket No. 67) is **GRANTED** as to Delk's claims under the First Amendment to access of the grievance process and his RLUIPA claim for damages. It is **DENIED** in all other respects, but without prejudice to Defendants right to file a renewed summary judgment motion after discovery.

2. The Clerk shall **TERMINATE** Messer, Parr, Robinson, Mullins, and Bivens as defendants.

3. Plaintiff's conspiracy claim is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The protective order against discovery (dkt. 72) in this case is **VACATED**.

5. Plaintiff shall have twenty-one days from the entry of this order to submit all discovery requests related to his remaining claims to defendants' counsel. Defendants shall have thirty days thereafter to respond to Delk's new requests. All outstanding discovery requests propounded by Plaintiff are now deemed in operation. Defendants have until fifty-one days from the date of this order to respond.

6. Pursuant to this court's Standing Order No. 2013-6, defendants are **DIRECTED** to file a motion for summary judgment supported by affidavit(s) and other record evidence within seventy days of this order's entry.

7. Delk shall have twenty-one days thereafter to file a response to defendants' motion for summary judgment, and defendants shall have seven days thereafter to reply. Pursuant to Local Civil Rule 11(c)(1), no other replies will be considered without leave of court.

8. The Clerk shall send a copy of this order to the parties.

    **ENTER**: This __31st__ day of March, 2016.

*[signature]*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE