IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| STEVEN R. DELK, | ) | |
| Plaintiff, | ) | Civil Action No. 7:14cv00643 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL C. YOUNCE, *et al.*, | ) | By: Robert S. Ballou |
| Defendants. | ) | United States Magistrate Judge |

This matter is before me on Delk's motion (Docket No. 122) for reconsideration of the court's order granting defendants an extension of time to file a motion for summary judgment. Having considered Delk's motion and pertinent portions of the record, it is hereby **ORDERED** that Delk's motion for reconsideration is **DENIED**.

The Clerk is directed to send a copy of this order to the parties.

Enter: June 29, 2016

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge