# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| STEVEN DELK, | ) Civil Case No. 7:14cv00643 |
| Plaintiff, | ) |
| v. | ) FINAL ORDER |
| | ) |
| MICHAEL C. YOUNCE, *et al.*, | ) By: Norman K. Moon |
| Defendant(s). | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Delk's motions to compel and other requests regarding discovery matters (docket nos. 107, 108, 123, and 128) are **DENIED**;

2. Defendants' motion for summary judgment (docket no. 125) is **GRANTED**; Delk's due process and religious rights claims under § 1983 and RLUIPA are dismissed with prejudice, and his Eighth Amendment claim is dismissed without prejudice under 42 U.S.C. § 1997e(a) for failure to exhaust available administrative remedies;

3. Delk's conspiracy claims under 42 U.S.C. §§ 1985 and 1986 and his separate challenge to prison grievance procedures under 42 U.S.C. § 1997e(a) are **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(b)(ii) for failure to state a claim; and

4. The clerk shall **STRIKE** the case from the active docket of the court.

**ENTER**: This  14th  day of March, 2017.

Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE